COOPERSTOWN HOLSTEIN CORPORATION, Appellant, v TOWN OF MIDDLEFIELD, Respondent.

Submitted March 17, 2014; decided March 27, 2014

Motion by Independent Oil and Gas Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of DAVID H., Appellant, v KHALIMA H., Respondent.

Submitted January 13, 2014; decided March 27, 2014

Motion for leave to appeal dismissed for failure to demonstrate timeliness as required by the Rules of the Court of Appeals (see 22 NYCRR 500.22 [b] [2]). Motion for poor person relief dismissed as academic.

KEYSPAN GAS EAST CORPORATION, Respondent, v MUNICH RE-INSURANCE AMERICA, INC., et al., Appellants.

Submitted March 24, 2014; decided March 27, 2014

Motion by the Environmental Energy Alliance of New York, LLC for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Judge RIVERA taking no part.

PATRICK LYNCH, as President of the Patrolmen's Benevolent Association of the City of New York, Inc., et al., Respondents, v CITY OF NEW YORK et al., Appellants.

Submitted January 21, 2014; decided March 27, 2014

Motion to vacate this Court's December 26, 2013 preclusion order granted.